IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAMETRIUS VIRGIL                                                    PLAINTIFF
#179784

V.                            Case No. 3:25-CV-00259-DPM-BBM

SHARP COUNTY DETENTION CENTER;
EDITH ELLIOTT, Jail Administrator, Sharp
County Detention Center; SHANE
RUSSELL, Sheriff, Sharp County;
SHEBASTIAN DENNIS, Lt., Sharp County
Detention Center; and DOE, Nurse
Practitioner, Miller County Jail                                   DEFENDANTS

## **ORDER**

Mail sent to Plaintiff at his address of record, the Sharp County Detention Center, is being returned undeliverable because he is "no longer [an] inmate." (Doc. 8). As Plaintiff was previously notified, he has a duty under LOCAL RULE 5.5(c)(2) to (1) promptly notify the Clerk of any changes in his address; (2) monitor the progress of his case; and (3) prosecute his case diligently. (Doc. 2 at 1). Yet, Plaintiff has not provided the Clerk with an updated address.

IT IS THEREFORE ORDERED THAT:

1.      If Plaintiff wishes to continue pursuing this lawsuit, he must file a notice of his current mailing address **within thirty (30) days of the date of this Order**.

2.      If Plaintiff does not timely and properly comply with this Order, this case will be dismissed without prejudice pursuant to LOCAL RULE 5.5(c)(2).

SO ORDERED this 20th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE