# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DAMETRIUS VIRGIL**                                             **PLAINTIFF**
**#179784**

**v.**                              **No. 3:25-cv-259-DPM**

**SHARP COUNTY DETENTION
CENTER; EDITH ELLIOTT, Jail
Administrator, Sharp County
Detention Center; SHANE
RUSSELL, Sheriff, Sharp County;
and SHEBASTIAN DENNIS, Lt.,
Sharp County Detention Center**                     **DEFENDANTS**

## ORDER

1.      The Court withdraws the reference.

2.      Virgil hasn't updated his address, *Doc. 9*; and his mail is still being returned undelivered. *Doc. 10.* His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026