# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DAMETRIUS VIRGIL                                            PLAINTIFF
#179784

v.                          No. 3:25-cv-259-DPM

SHARP COUNTY DETENTION
CENTER;  EDITH ELLIOTT, Jail
Administrator, Sharp County
Detention Center;  SHANE
RUSSELL, Sheriff, Sharp County;
SHEBASTIAN DENNIS, Lt.,
Sharp County Detention Center;
and DOE, Nurse Practitioner,
Miller County Jail                                         DEFENDANTS

## JUDGMENT

Virgil's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026